# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>AVEUM INVESTMENTS, LLC,<br><br>Debtor. | CHAPTER 7<br><br>CASE NO. 19-60303-jwc |

## CERTIFICATE OF SERVICE

    I, Anna M. Humnicky, certify that I am over the age of 18 and that: A) on January 7, 2020, I filed and served copies of the 1) ***Motion for Turnover and/or, in the Alternative, Motion for Sanctions for Violating Automatic Stay*** ("Turnover Motion"); 2) ***Motion for Approval and Payment of Administrative Expenses*** ("Expense Motion"); and 3) ***Motion for Expedited Hearing*** regarding the Turnover Motion and the Expense Motion on behalf of Cathy L. Scarver, Chapter 7 Trustee, on the parties listed in Exhibit A, by using the Bankruptcy Court's Electronic Case Filing program which sends a notice of the above-listed documents and an accompanying link to the documents to the parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program, as indicated in Exhibit A; B) on January 7, 2020, the Court entered the ***Order and Notice of Expedited Hearing*** regarding the Turnover Motion and the Expense Motion by using the Bankruptcy Court's Electronic Case Filing program which sends a notice of the above-listed document and an accompanying link to the document to the parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program, as indicated in Exhibit A; C) on January 7, 2020, I served copies of all of the aforementioned documents, via electronic mail, on the parties as indicated in Exhibit A; D) on January 7, 2020, I served copies of all of the aforementioned documents, via Overnight Service, on the parties as indicated in Exhibit A; and E) on January 7, 2020, I served copies of all of the aforementioned documents, via Certified Mail, on the parties as indicated in Exhibit A.

    This 7th day of January 2020.

                                                                                       By:    /s/ Anna M. Humnicky_____
                                                                                               Anna M. Humnicky
                                                                                               Georgia Bar No. 377850

Small Herrin, LLP
2727 Paces Ferry Road
Building 2, Suite 200
Atlanta, GA 30339
(770) 857-4770
ahumnicky@smallherrin.com

# EXHIBIT A

*Via CM/ECF* –

Evan M. Altman on behalf of Debtor Aveum Investments, LLC and Attorney George M. Geeslin evan.altman@laslawgroup.com;johanna@laslawgroup.com

Lisa F. Caplan on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION lcaplan@rubinlublin.com, akhosla@rubinlublin.com;nbrown@rubinlublin.com;mhashim@rubinlublin.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com;rmoss@rlselaw.com

Thomas Wayne Dworschak on behalf of U.S. Trustee United States Trustee thomas.w.dworschak@usdoj.gov, lisa.maness@usdoj.gov;ltctommyd@aol.com

Cathy L. Scarver
trusteescarver@bellsouth.net,
ga06@ecfcbis.com;papc1@bellsouth.net;yolanda_clsa@bellsouth.net

*Via Electronic Mail* –

Velocity Commercial Capital, LLC, c/o Lisa Caplan, lcaplan@rubinlublin.com

BellSouth Telecommunications, Inc., c/o Angela B. Stewart, as2130@att.com

Millennium Investment Group, LLC, c/o Prakash Parmar, prakash@migatlanta.com

Knight Capital Funding III, LLC, ucc@knightcapitalfunding.com and legal@knightcapitalfunding.com

Johnny Garcia, c/o The Rouse Firm, law@therousefirm.com

*Via Overnight Service* -

Internal Revenue Service
Attn: Lisa D. Smith
401 W. Peachtree St., NW, M/S 334-D
Atlanta, GA 30308-3539

U.S. Bancorp, d/b/a U.S. Bank, N.A., as Trustee for Velocity Commercial Capital Loan Trust 2018-1
c/o Andrew Cecere, its Chairman, President & Chief Executive Officer
U.S. Bancorp Center
800 Nicollet Mall
Minneapolis, MN 55402-7014

Quicksilver Capital
161 South Franklin Avenue
Valley Stream, NY 11580

*Via Certified Mail* –

U.S. Bancorp, d/b/a U.S. Bank, N.A., as Trustee for Velocity Commercial Capital Loan Trust 2018-1
c/o Andrew Cecere, its Chairman, President & Chief Executive Officer
U.S. Bancorp Center
800 Nicollet Mall
Minneapolis, MN 55402-7014