UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>AVEUM INVESTMENTS, LLC,<br><br>Debtor. | CHAPTER 7<br><br>CASE NO. 19-60303-jwc |

### NOTICE REGARDING INSURANCE EXPENSE

**COMES NOW** Cathy L. Scarver, the Chapter 7 Trustee ("Trustee") for the estate ("Estate") of the above stated debtor ("Debtor"), and files this *Notice Regarding Insurance Expense* ("Notice") to supplement her *Motion for Approval and Payment of Administrative Expenses* ("Expense Motion") and respectfully represents to the Court that following the filing of the Motion, the Trustee learned that Debtor's current insurance company issued a non-renewal notice. Further, the Trustee obtained a quote from her insurance company for her Trustee related matters in the amount of $14,676.00 (annual premium), payable in installments.

Respectfully submitted this 10th day of January 2020.

By: /s/ Anna M. Humnicky  
Anna M. Humnicky  
Georgia Bar No. 377850

Small Herrin, LLP
2727 Paces Ferry Rd.
Building 2, Suite 200
Atlanta, GA 30339
(P) (770) 783-1800
ahumnicky@smallherrin.com

*Counsel for Cathy L. Scarver, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: <br><br> AVEUM INVESTMENTS, LLC, <br><br> Debtor. | CHAPTER 7 <br><br> CASE NO. 19-60303-jwc |

**CERTIFICATE OF SERVICE**

    I, Anna M. Humnicky, certify that I am over the age of 18 and that: A) on January 10, 2020, I filed and served copies of the *Notice Regarding Insurance Expense* on behalf of Cathy L. Scarver, Chapter 7 Trustee, on the parties listed in Exhibit A, by using the Bankruptcy Court's Electronic Case Filing program which sends a notice of the above-listed documents and an accompanying link to the documents to the parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program, as indicated in Exhibit A; B) on January 10, 2020, I served copies of the aforementioned document, via electronic mail, on the parties as indicated in Exhibit A; and C) on January 10, 2020, I served copies of the aforementioned document, via First Class U.S. Mail, with adequate postage pre-paid, on the parties as indicated in Exhibit A.

    This 10th day of January 2020.

                                                                           By:    /s/ Anna M. Humnicky
                                                                                 Anna M. Humnicky
                                                                                 Georgia Bar No. 377850

Small Herrin, LLP
2727 Paces Ferry Road
Building 2, Suite 200
Atlanta, GA 30339
(770) 857-4770
ahumnicky@smallherrin.com

# EXHIBIT A

*Via CM/ECF* –

Evan M. Altman on behalf of Debtor Aveum Investments, LLC and Attorney George M. Geeslin evan.altman@laslawgroup.com;johanna@laslawgroup.com

Lisa F. Caplan on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION lcaplan@rubinlublin.com, akhosla@rubinlublin.com;nbrown@rubinlublin.com;mhashim@rubinlublin.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com;rmoss@rlselaw.com

Thomas Wayne Dworschak on behalf of U.S. Trustee United States Trustee thomas.w.dworschak@usdoj.gov, lisa.maness@usdoj.gov;ltctommyd@aol.com

Cathy L. Scarver
trusteescarver@bellsouth.net,
ga06@ecfcbis.com;papc1@bellsouth.net;yolanda_clsa@bellsouth.net

*Via Electronic Mail* –

Velocity Commercial Capital, LLC, c/o Lisa Caplan, lcaplan@rubinlublin.com

BellSouth Telecommunications, Inc., c/o Angela B. Stewart, as2130@att.com

Millennium Investment Group, LLC, c/o Prakash Parmar, prakash@migatlanta.com

Knight Capital Funding III, LLC, ucc@knightcapitalfunding.com and legal@knightcapitalfunding.com

Johnny Garcia, c/o The Rouse Firm, law@therousefirm.com

*Via First Class U.S. Mail* -

Internal Revenue Service
Attn: Lisa D. Smith
401 W. Peachtree St., NW, M/S 334-D
Atlanta, GA 30308-3539

U.S. Bancorp, d/b/a U.S. Bank, N.A., as Trustee for Velocity Commercial Capital Loan Trust 2018-1
c/o Andrew Cecere, its Chairman, President & Chief Executive Officer
U.S. Bancorp Center
800 Nicollet Mall
Minneapolis, MN 55402-7014

Quicksilver Capital
161 South Franklin Avenue
Valley Stream, NY 11580